IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL LOUIS COLEMAN, #214910, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No.2:08cv436-MHT |
| ) | (WO) |
| J.C. GILES, WARDEN, *et al.,* ) | |
| ) | |
| Respondents. ) | |

# **MEMORANDUM OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on September 24, 2008 (Doc. 18), that the request for habeas corpus relief be dismissed without prejudice so that petitioner Michael Louis Coleman may pursue his available state-court remedies.

After a review of the recommendation, to which Coleman did not object, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of November, 2008.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE