IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN  DIVISION

MICHAEL LOUIS COLEMAN, #214910,   )
   )
   Petitioner,   )
   )
v.   )   Civil Action No.2:08cv436-MHT
   )   (WO)
J.C. GILES, WARDEN, *et al.,*   )
   )
   Respondents.   )

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that the recommendation of the United States Magistrate Judge

(Doc. 18) is adopted and that petitioner's request for habeas corpus relief  (Doc. 1) is denied

without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a

final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 3rd day of November, 2008.


     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE